# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS EDGAR SIMENTA-DELGADO,<br><br>Defendant. | Case No.: 20-CR-00235-WQH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the government's application to dismiss without prejudice the Indictment (ECF No. 15) is GRANTED.

Dated: January 21, 2020

Hon. William Q. Hayes
United States District Court